UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SEALY,<br><br>               Plaintiff,<br><br>   v.<br><br>WARDEN M. SEXTON, et al.,<br><br>               Defendant(s). | Case No.: 1:18-cv-01000 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff has not paid the $400.00 filing fee or filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

1. Within 45 days of the date of service of this order, plaintiff shall file an application to proceed in forma pauperis, completed and signed, or to pay the $400.00 filing.
2. The Clerk of Court is DIRECTED to mail the plaintiff an application to proceed in foma pauperis by a prisoner.

IT IS SO ORDERED.

    Dated: **February 7, 2019**                      **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE